IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CR-00021-RJC-DCK

| USA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| KEVIN LEE LONG, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 3), of the Indictment, (Doc. No. 1), without prejudice.

**IT IS ORDERED** that the Government's motion, (Doc. No. 3), is **GRANTED** and the Indictment, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: 1/13/2014

Robert J. Conrad, Jr.
United States District Judge